```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EON PITT,
```

      Plaintiff,         **ORDER**
                      15-cv-6657 (LDH)(ST)
   -against-

CITY OF NEW YORK, P.O. MICHAEL MITCHELL,
and JOHN DOES 1-5,

      Defendants.
```
------------------------------------------------------------------x
```
LaShann DeArcy Hall, United States District Judge:

  On September 19, 2016, United States Magistrate Judge Steven L. Tiscione issued a Report and Recommendation recommending that this Court dismiss the complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution. The parties were given until October 3, 2016, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Tiscione's Report and Recommendation in its entirety as the opinion of this Court. The Clerk of the Court is respectfully directed to enter judgment in accordance with this order and close the case.

Dated: February 1, 2017              SO ORDERED:
   Brooklyn, New York

                          ___/s/ LDH_____
                          LaShann DeArcy Hall
                          United States District Judge